FILED & JUDGMENT ENTERED
Steven T. Salata

December 13 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte Division

| | |
|---|---|
| In re: <br><br> BK Racing, LLC, <br><br> Debtor. | Case Number: 18-30241 <br><br> Chapter 11 |
| **MATTHEW W. SMITH**, Trustee, <br><br> Plaintiff, <br><br> vs. <br><br> **RONALD INGALLS**, <br><br> Defendant. | Adversary Proceeding No.: 18-3050 |

## JUDGMENT

Based upon the Court's *Order Granting Motion for Entry of Default Judgment* entered contemporaneously herewith,

**IT IS ADJUDGED AND DECREED** that: (1) Defendant Ronald Ingalls does not hold a valid lien on any assets of the above-referenced debtor, BK Racing, LLC; and (2) Claim Number 31 and Claim Number 42 filed by Defendant Ronald Ingalls in the above-referenced base bankruptcy case are DISALLOWED.

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**